**Appeal Dismissed and Memorandum Opinion filed April 25, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00162-CV

## ROWENA  MANUELA  KLINKER, Appellant

## V.

## KENNETH  ALLEN KLINKER, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCV-166991**

## MEMORANDUM  OPINION

This is an appeal from a decree signed October 28, 2013. The notice of appeal was filed February 25, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On March 28, 2019, this court ordered appellant to pay the appellate filing fee on or before April 8, 2019 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.